```
 1  CHARLES L. HASTINGS    #88599
    Law Offices of Charles L. Hastings
 2  4568 Feather River Dr., Ste. A
 3  Stockton, CA 95219
    Telephone:    (209) 476-1010
 4
 5  Attorney for Debtor(s),
 6
 7              UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF CALIFORNIA
 8
 9
    In re:                        )   Case No.: 2017-21532
10                                )
                                  )
11                                )
    TIMOTHY WAYNE BROOKS          )
12                                )
                                  )
13                                )
                       Debtor(s).
14  _____
15
                        **ORDER CONFIRMING PLAN**
16
17      The Chapter 13 plan, filed on March 15, 2017, of the above-named debtor(s) has been
    transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that
18  the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.
19
        Therefore, **IT IS ORDERED** that the Plan is confirmed.
20
        **IT IS FURTHER ORDERED** that:
21
22      1.    The debtor shall immediately notify, in writing, the Clerk of the United States
    Bankruptcy Court and the trustee of any change in the debtor's address;
23      2.    The debtor shall immediately notify the trustee in writing of any termination, reduction
    of, or other change in the employment of the debtor; and
24      3.    The debtor shall appear in court whenever notified to do so by the court.
25  ////
26  ////
27  ////
28
```

RECEIVED
June 19, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006071550

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s) attorney in the full amount of $4,000.00 are approved, $2,000.00 of which was paid prior to the filing of the petition. The balance of $2,000.00, provided that the attorney and debtor(s) have/has complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1323, the plan is amended as follows:

    1.- the arrears on the Class 1 claim shall be paid at the rate of $118.43 beginning in month 16 of the plan.

_____
Approved by the Chapter 13 Trustee as to form.

Dated: June 19, 2017

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

_____
United States Bankruptcy Judge