RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
(209) 576-1954

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>**TIMOTHY WAYNE BROOKS**<br>SSN #1    XXX-XX-5795         AKA:  TIM BROOKS<br><br><br>SSN #2                           AKA:<br><br>Debtor(s) | CASE NO:<br>17-21532<br><br>CHAPTER 13<br><br>NOTICE OF<br>FILED CLAIMS |

In accordance with LBR 3007-1(d),  Russell D. Greer,  Chapter 13 Standing Trustee,  has compiled a list of filed claims in the above referenced case.  That list is attached hereto.  This Notice of Filed Claims is being served on the debtor(s) and the attorney for the debtor(s) so that they may review the same and, in general, determine whether any claim should be objected to, whether the debtor(s) should file a claim for any creditor that has failed to file a claim, and whether the debtor(s) plan should be modified due to the claims that have been filed. Debtor(s) and the attorney for the debtor(s) are directed to LBR 3007-1(d) for further particulars. That Local Rule is available on the Court's internet site, www.caeb.uscourts.gov , and at the Court's public counters.

Please note the following important dates:

Deadline to File a Proof of Claim:
    Creditors (except governmental unit)                              July 25, 2017
    Governmental unit                                                          September 05, 2017

Deadline for debtor(s) to file claims, per LBR 3004-1            December 26, 2017
Deadline to object to filed claims, per LBR 3007-1(d)          December 26, 2017
Deadline to modify plan, etc., per LBR 3007-1(d)                  January 23, 2018

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates.  Debtor(s) and the attorney for the debtor(s) should review the Court file and calculate all relevant dates.

    NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS VERY IMPORTANT
    FOR YOU TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.


DATED: October 25, 2017

                                                                          /s/RUSSELL D. GREER_____
                                                                          RUSSELL D. GREER
                                                                          CHAPTER 13 STANDING TRUSTEE

IN RE:  
**TIMOTHY WAYNE BROOKS**

CASE No. 17-21532

SS #1   XXX-XX-5795

## ATTACHMENT TO NOTICE OF FILED CLAIMS

---

Claim No.: 001    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000  
Class: Unsecured    Category: NOTICE CREDITOR  
Account Nbr:  
Creditor Name: OFFICE OF THE US TRUSTEE        Debt Scheduled: None  
       501 I STREET        Debt Per Filed Claim:  
       SUITE 7-500        Approved Claim Amt:  
       SACRAMENTO, CA 95814        Date Claim Filed: Not Filed

Claim No.: 002    Status: Ignore    Pay Seq: 75    Pay%: .0000    Int Rate: .0000  
Class: Unsecured    Category: NOTICE CREDITOR  
Account Nbr: 9221  
Creditor Name: SYNCHRONY BANK        Debt Scheduled: None  
       C/O PRA RECEIVABLES MNGMNT LLC        Debt Per Filed Claim:  
       PO BOX 41021        Approved Claim Amt:  
       NORFOLK, VA 23541        Date Claim Filed: Not Filed

Claim No.: 003    Status: Release    Pay Seq: 15    Pay%: 100.0000    Int Rate: .0000    Continuing  
Class: Special    Category: ON-GOING MORTGAGES  
Account Nbr: 1772  
Creditor Name: SHELLPOINT MORTGAGE SERVICING        Debt Scheduled: None  
       PO BOX 10675        Debt Per Filed Claim:  
       GREENVILLE, SC 29603        Approved Claim Amt: Continuing  
              Date Claim Filed: 03/09/2017

Claim No.: 004    Status: Release    Pay Seq: 55    Pay%: 100.0000    Int Rate: .0000  
Class: Secured    Category: MORTGAGE ARREARS  
Account Nbr: 1772  
Creditor Name: SHELLPOINT MORTGAGE SERVICING        Debt Scheduled: 5,329.54  
       PO BOX 10675        Debt Per Filed Claim: 7,403.66  
       GREENVILLE, SC 29603-0675        Approved Claim Amt: 7,403.66  
              Date Claim Filed: 05/04/2017

Claim No.: 005    Status: Release    Pay Seq: 56    Pay%: 100.0000    Int Rate: .0000  
Class: Secured    Category: INITIAL POST PETITION DEFAULT  
Account Nbr: 1772  
Creditor Name: SHELLPOINT MORTGAGE SERVICING        Debt Scheduled: None  
       PO BOX 10675        Debt Per Filed Claim:  
       GREENVILLE, SC 29603-0675        Approved Claim Amt:  
              Date Claim Filed: 03/09/2017

Claim No.: 006    Status: Release    Pay Seq: 55    Pay%: 100.0000    Int Rate: 5.0000  
Class: Secured    Category: SECD DEBT PD IN PLAN  
Account Nbr: 5795 / 11217108  
Creditor Name: FINANCIAL CENTER CREDIT UNION        Debt Scheduled: 8,601.00  
       18 CENTER ST        Debt Per Filed Claim: 8,601.00  
       STOCKTON, CA 95202        Approved Claim Amt: 8,601.00  
              Date Claim Filed: 03/23/2017

Claim No.: 006    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000  
Class: Unsecured    Category: GENERAL UNSECURED  
Account Nbr: 5795 / 11217108  
Creditor Name: FINANCIAL CENTER CREDIT UNION        Debt Scheduled: 3,101.17  
       18 CENTER ST        Debt Per Filed Claim: 11,554.23  
       STOCKTON, CA 95202        Approved Claim Amt: 11,554.23  
              Date Claim Filed: 03/23/2017

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

TIMOTHY WAYNE BROOKS

CASE No. 17-21532

SS #1  XXX-XX-5795

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 007    Status: Release    Pay Seq: 55    Pay%: 100.0000    Int Rate: 5.0000
Class: Secured    Category: SECD DEBT PD IN PLAN
Account Nbr: 5795 / 11217105
Creditor Name: FINANCIAL CENTER CREDIT UNION            Debt Scheduled:       11,247.00
               18 CENTER ST                             Debt Per Filed Claim: 11,247.00
               STOCKTON, CA 95202                       Approved Claim Amt:   11,247.00
                                                        Date Claim Filed:     03/23/2017

Claim No.: 007    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 5795 / 11217105
Creditor Name: FINANCIAL CENTER CREDIT UNION            Debt Scheduled:        9,273.52
               18 CENTER ST                             Debt Per Filed Claim:    234.83
               STOCKTON, CA 95202                       Approved Claim Amt:      234.83
                                                        Date Claim Filed:     03/23/2017

Claim No.: 008    Status: Release    Pay Seq: 65    Pay%: 100.0000    Int Rate: .0000
Class: Priority    Category: PRIORITY UNSECURED
Account Nbr: 5795
Creditor Name: INTERNAL REVENUE SERVICE                 Debt Scheduled:          576.00
               PO BOX 7317                              Debt Per Filed Claim:    576.00
               PHILADELPHIA, PA 19101-7317              Approved Claim Amt:      576.00
                                                        Date Claim Filed:     04/05/2017

Claim No.: 009    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 7201
Creditor Name: PORTFOLIO RECOVERY ASSOCIATES LLC        Debt Scheduled:       10,174.00
               POB 12914                                Debt Per Filed Claim: 10,436.05
               NORFOLK, VA 23541                        Approved Claim Amt:   10,436.05
                                                        Date Claim Filed:     07/21/2017

Claim No.: 010    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 5795 / 11217150
Creditor Name: FINANCIAL CENTER CREDIT UNION            Debt Scheduled:        9,857.00
               18 CENTER ST                             Debt Per Filed Claim:  9,856.78
               STOCKTON, CA 95202                       Approved Claim Amt:    9,856.78
                                                        Date Claim Filed:     03/23/2017

Claim No.: 011    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 3868
Creditor Name: LENDMARK FINANCIAL SERVICES LLC          Debt Scheduled:        4,434.00
               2118 USHER STREET                        Debt Per Filed Claim:  4,771.41
               COVINGTON, GA 30014                      Approved Claim Amt:    4,771.41
                                                        Date Claim Filed:     03/28/2017

Claim No.: 012    Status: Release    Pay Seq: 75    Pay%: .0000    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 430
Creditor Name: ONE MAIN FINANCIAL                       Debt Scheduled:        9,619.00
               6801 COLWELL BLVD                        Debt Per Filed Claim:
               IRVING, TX 75039                         Approved Claim Amt:
                                                        Date Claim Filed:     Not Filed

IN RE:  
**TIMOTHY WAYNE BROOKS**                                CASE No. 17-21532

SS #1   XXX-XX-5795

## ATTACHMENT TO NOTICE OF FILED CLAIMS

| Claim No.: 013 | Status: Release | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: GENERAL UNSECURED | | | | |
| Account Nbr: 090 | | | | | |
| Creditor Name: YAMAHA MOTOR CORP | | | Debt Scheduled: | | 1,872.00 |
| 655 KATELLA AVE | | | Debt Per Filed Claim: | | |
| CYPRESS, CA 90630 | | | Approved Claim Amt: | | |
| | | | Date Claim Filed: | | Not Filed |

| Claim No.: 014 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | | |
| Account Nbr: | | | | | |
| Creditor Name: UNITED STATES ATTORNEY | | | Debt Scheduled: | | None |
| (FOR IRS) | | | Debt Per Filed Claim: | | |
| 501 I ST STE 10-100 | | | Approved Claim Amt: | | |
| SACRAMENTO, CA 95814 | | | Date Claim Filed: | | Not Filed |

| Claim No.: 015 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | | |
| Account Nbr: SONS MOTORCYCLE LOAN | | | | | |
| Creditor Name: BRENT BROOKS | | | Debt Scheduled: | | None |
| 526 MARENGO AVE | | | Debt Per Filed Claim: | | |
| STOCKTON, CA 95207 | | | Approved Claim Amt: | | |
| | | | Date Claim Filed: | | Not Filed |

| Claim No.: 016 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | | |
| Account Nbr: THE BANK OF NEW YORK | | | | | |
| Creditor Name: ALDRIDGE PITE LLP | | | Debt Scheduled: | | None |
| 4375 JUTLAND DR STE 200 | | | Debt Per Filed Claim: | | |
| PO BOX 17933 | | | Approved Claim Amt: | | |
| SAN DIEGO, CA 92177 | | | Date Claim Filed: | | Not Filed |

| Claim No.: 017 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | | |
| Account Nbr: 5795 | | | | | |
| Creditor Name: INTERNAL REVENUE SERVICE | | | Debt Scheduled: | | None |
| PO BOX 7346 | | | Debt Per Filed Claim: | | |
| PHILADELPHIA, PA 19101-7346 | | | Approved Claim Amt: | | |
| | | | Date Claim Filed: | | Not Filed |

| Claim No.: 018 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | | |
| Account Nbr: 6992 | | | | | |
| Creditor Name: BANK OF AMERICA NA | | | Debt Scheduled: | | None |
| PO BOX 31785 | | | Debt Per Filed Claim: | | |
| TAMPA, FL 33631 | | | Approved Claim Amt: | | |
| | | | Date Claim Filed: | | Not Filed |

| Claim No.: 019 | Status: Release | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: GENERAL UNSECURED | | | | |
| Account Nbr: 5795 | | | | | |
| Creditor Name: SAN RAMON EMERGENCY PHYSICIANS | | | Debt Scheduled: | | None |
| PO BOX 1123 | | | Debt Per Filed Claim: | | 234.00 |
| MINNEAPOLI, MN 55440 | | | Approved Claim Amt: | | 234.00 |
| | | | Date Claim Filed: | | 06/14/2017 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:
**TIMOTHY WAYNE BROOKS**

CASE No. 17-21532

SS #1   XXX-XX-5795

## ATTACHMENT TO NOTICE OF FILED CLAIMS

| Claim No.: 020 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | |
| Account Nbr: | | | | |

Creditor Name: CAVALRY SPV I LLC
    BASS & ASSOCIATES PC
    3936 E FT LOWELL RD #200
    TUCSON, AZ 85712

Debt Scheduled: None
Debt Per Filed Claim:
Approved Claim Amt:
Date Claim Filed: Not Filed

| Claim No.: 021 | Status: Ignore | Pay Seq: 55 | Pay%: 100.0000 | Int Rate: 10.0000 |
|---|---|---|---|---|
| Class: Secured | Category: SECURED NOT PROVIDED IN PLAN | | | |
| Account Nbr: 1742 | | | | |

Creditor Name: CAVALRY SPV I LLC
    C/O BASS & ASSOCIATES PC
    3936 E FT LOWELL RD #200
    TUCSON, AZ 85712

Debt Scheduled: None
Debt Per Filed Claim: 1,620.00
Approved Claim Amt: 1,620.00
Date Claim Filed: 07/25/2017

| Claim No.: 021 | Status: Release | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: GENERAL UNSECURED | | | |
| Account Nbr: 1742 | | | | |

Creditor Name: CAVALRY SPV I LLC
    C/O BASS & ASSOCIATES PC
    3936 E FT LOWELL RD #200
    TUCSON, AZ 85712

Debt Scheduled: None
Debt Per Filed Claim: 19.90
Approved Claim Amt: 19.90
Date Claim Filed: 07/25/2017

| Claim No.: 022 | Status: Ignore | Pay Seq: 75 | Pay%: .0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: NOTICE CREDITOR | | | |
| Account Nbr: 7201 | | | | |

Creditor Name: PORTFOLIO RECOVERY ASSOCIATES
    PO BOX 41067
    NORFOLK, VA 23541-1067

Debt Scheduled: None
Debt Per Filed Claim:
Approved Claim Amt:
Date Claim Filed: Not Filed

| Claim No.: 799 | Status: Release | Pay Seq: 45 | Pay%: 100.0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Attorney | Category: ATTORNEY OF RECORD | | | |
| Account Nbr: | | | | |

Creditor Name: LAW OFFICES OF CHARLES L HASTINGS
    C/O CHARLES L HASTINGS
    4568 FEATHER RIVER DR SUITE A
    STOCKTON, CA 95219

Debt Scheduled: 2,000.00
Debt Per Filed Claim: 2,000.00
Approved Claim Amt: 2,000.00
Date Claim Filed: 03/09/2017

TOTALS for claims to be paid through plan:

### CLASS OF CLAIMS

|  | Secured | Priority | Unsecured | Administrative | Special | Attorney |
|---|---|---|---|---|---|---|
| Debt Scheduled: | 25,177.54 | 576.00 | 48,330.69 | .00 | .00 | 2,000.00 |
| Debt Per Filed Claims: | 28,871.66 | 576.00 | 37,107.20 | .00 | .00 | 2,000.00 |
| Approved Claim Amt: | 28,871.66 | 576.00 | 37,107.20 | .00 | .00 | 2,000.00 |